```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SHANNON M. CROPPER, et al.,    :   CIVIL ACTION
                               :   NO. 21-2201
          Plaintiffs,          :
                               :
     v.                        :
                               :
STANLEY BLACK & DECKER,        :
et al.,                        :
                               :
          Defendants.          :
```

**O R D E R**

**AND NOW**, this **20th** day of **October, 2022**, upon consideration of Plaintiffs' Motion to Compel (ECF No. 76), Plaintiffs' Motion to Extend Current Scheduling Order (ECF No. 77), and the responses thereto, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Compel is **DENIED**.

2. Plaintiffs' Motion to Extend Current Scheduling Order is **GRANTED** until October 27, 2022 solely to allow for the previously scheduled deposition of Scott Roop.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**